# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2178
_____

JORDAN M. GODWIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Leon County.
Nina Ashenafi-Richardson, Judge.


December 9, 2025

PER CURIAM.

AFFIRMED.

KELSEY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender; and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.